**Petition for Writ of Mandamus Denied; Majority and Concurring Opinions filed October 6, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00408-CV
_____

## IN RE LINDA HERNANDEZ, JOSE HERNANDEZ, JAVIER VASQUEZ, CLAUDIA GIL, RAUL VASQUEZ AND VIRGINIA VASQUEZ,
### Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**212th District Court**
**Galveston County**
**Trial Court Cause No. 09CV0348**

---

## CONCURRING   OPINION

I agree that the court should deny both the relators' mandamus petition and the real parties' motion to seal.   I respectfully join only sections III and V of the majority opinion.



/s/      Kem Thompson Frost
            Justice


Panel consists of Justices Frost, Jamison, and McCally. (McCally, J., majority).